```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 04/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KOREY R. ZELLNER,

                       **Plaintiff,**

-against-                        1:21-CV-2413 (ALC)

CITIGROUP GLOBAL MARKETS       ORDER OF SERVICE
HOLDINGS, INC.,

                      **Defendant.**

**ANDREW L. CARTER, JR., United States District Judge:**

    Plaintiff, who is proceeding *pro se*, paid the relevant fees to commence this action.

    The Clerk of Court is directed to issue a summons as to Defendant Citigroup Global Markets Holdings, Inc. ("Citigroup"). Plaintiff is directed to serve the summons and complaint on Citigroup within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Citigroup or requested an extension of time to do so, the Court may dismiss the claims against Citigroup under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

**SO ORDERED.**

Dated:  April 19, 2021
          New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**