USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __06/10/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
**KOREY R. ZELLNER,**

                **Plaintiff,**

    -against-

**CITIGROUP GLOBAL MARKETS HOLDINGS INC.,**

                **Defendant.**
------------------------------------------------------------------- x

**21-CV-2413 (ALC)**

<u>**ORDER**</u>

**ANDREW L. CARTER, JR., District Judge:**

Defendant is hereby ORDERED to serve upon Plaintiff the Court's order issued on May 28, 2021, ECF No. 17, and its motion to dismiss and supporting memorandum, ECF Nos. 19-20, and file proof of service by no later than June 14, 2021.

Defendant is also hereby ORDERED to serve upon Plaintiff the instant order and file proof of service by no later than June 14, 2021.

**SO ORDERED.**

**Dated:    June 10, 2021**
            **New York, New York**

_____
       **ANDREW L. CARTER, JR.**
       **United States District Judge**